**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000115**
**22-JUN-2015**
**10:32 AM**

NO. CAAP-15-0000115

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
CATHLEEN LONG, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 14-1-0099(4))

ORDER GRANTING THE JUNE 3, 2015
MOTION TO DISMISS APPEAL WITH PREJUDICE
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Motion to Dismiss Appeal With Prejudice (Motion), filed June 3, 2015 by Defendant-Appellant Cathleen Long (Appellant), the papers in support, and the record, it appears that (1) the appeal was docketed May 4, 2015; (2) Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b) authorizes the court to dismiss a docketed appeal upon a motion; (3) Appellant seeks to dismiss the appeal as moot; and (4) the motion includes Appellant's declaration showing she understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed with prejudice.

DATED: Honolulu, Hawai'i, June 22, 2015.

Presiding Judge

Associate Judge

Associate Judge